**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MARIA RAYA,

        Plaintiff,

vs.

SMITH'S FOOD & DRUG CENTERS, INC.,

        Defendant.

2:16-cv-01469-APG-VCF

**ORDER**

Before the court is Plaintiff's Motion to Withdraw as Counsel (ECF No. 3).

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion to Withdraw as Counsel (ECF No. 3) is scheduled for 2:30 p.m., July 15, 2016, in courtroom 3D.

IT IS FURTHER ORDERED that Plaintiff Maria Raya must be present at the hearing on July 15, 2016 at 2:30 p.m.

DATED this 8th day of July, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE