JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA RAYA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.;<br>DOES I-V and ROE CORPORATIONS VI-X,<br>inclusive.<br><br>　　　　Defendants. | CASE NO. 2:16-cv-01469-APG-VCF<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

　　　　WHEREAS, Plaintiff appearing Pro Se and Counsel for Defendant have met and discussed this case and agreed to dismiss this case, with prejudice, each party to bear their own fees and costs;

　　　　IT IS HEREBY STIPULATED AND AGREED by and between MARIA RAYA, appearing Pro Se, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC. as follows:

　　　　1.　That this case, including all claims of Plaintiffs MARIA RAYA against Defendant SMITH'S FOOD & DRUG CENTERS, INC., shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

///
///
///
///
///

CLAC 3665098.1

2. That deadlines established by this Court for Plaintiff to retain new counsel and for the parties to engage in a Federal Rule 26(f) discovery conference be vacated.

Respectfully submitted this 22nd day of August, 2016.

*[signature]*
MARIA RAYA
4267 Kona Coast Way
Las Vegas, Nevada 89121
Plaintiff in Proper Person

COOPER LEVENSON, P.A

*[signature] #13459*
for: JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

IT IS SO ORDERED.

CASE DISMISSED WITH PREJUDICE:

*[signature]*
UNITED STATES DISTRICT COURT JUDGE
DATED: August 23, 2016

CLAC 3665098.1

2